DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEANTE TRAMMELL DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1906

_____

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Pinellas County; Philip J. Federico, Judge.

Deante Trammell Davis, pro se.

PER CURIAM.

     Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.